ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

PHIL BRODSKY

    Plaintiffs,

        v.

ARMSTRONG WORLD INDUSTRIES, INC., ET AL.

    Defendants

- - - - - - - - - - - - - - - - - - - -X

ORDER FOR CONFERENCE
PURSUANT TO RULE 16(b)

07 Civ. 10286 (LLS)

    This action is scheduled for a conference in accordance with Fed. R. Civ. P. 16(b) on __Friday, February 15th__, 2008 at __12:30 p.m.__ in Room __21C__. The parties must be prepared to discuss, at the conference, the subjects set forth in subdivisions (b) and (c) of Rule 16.

    <u>At least a day before the time of the conference</u>, the parties are jointly to prepare and sign, and at the conference they are to submit to me a proposed Scheduling Order, previously signed by counsel and <u>pro se</u> litigants, containing the following:

    (1)    the date of the conference and the appearances for the parties;

    (2)    a concise statement of the issues as they then appear;

    (3)    a schedule including:

        (a)    the names of persons to be deposed and a schedule of planned depositions;

        (b)    a schedule for the production of documents;

- (c) dates by which (i) each expert's reports¹ will be supplied to the adversary side, and (ii) each expert's deposition will be completed;

- (d) time when discovery is to be completed;

- (e) the date by which plaintiff will supply his pre-trial order materials to defendant;

- (f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

- (g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any;

(7) anticipated length of trial and whether to court or jury;

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires;

(9) names, address, phone numbers and signatures of counsel; and

---

¹The experts' reports are to set forth not merely the expert's qualifications and conclusions, but also the facts on which the expert relies and the process of reasoning by which the expert's conclusions are reached.

(10)   provision for approval of the court and signature
       line for the court.

If the action is for personal injuries, plaintiff is directed to make a monetary settlement demand and defendant is directed to respond to such demand prior to the conference.

Plaintiff is directed forthwith to notify defendant(s) of the contents of this order, and send a copy of the notification to my chambers.

Dated:   November 27, 2007
         New York, New York

*Louis L. Stanton*
LOUIS L. STANTON
U. S. D. J.