UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Phil Brodsky

                          Plaintiff

   -against-

Armstrong World Industries, Inc.,
Armstrong Cork Company, Inc.

                       Defendants,
-------------------------------------------------------------------X

No. 07 CV 10286

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Defendants Armstrong World Industries, Inc. and Armstrong Cork Company, Inc. in the above referenced matter.

_____
Edward J. Stolarski, Jr., Esquire

## ENTRY OF APPEARANCE

Kindly enter my appearance as counsel on behalf of Defendants Armstrong World Industries and Armstrong Cork Company, Inc. in the above captioned matter.

_____
John S. Howarth, Esquire

DATE: 2/1/08