**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**Phil Brodsky**

                 **No.  07 CV 10286**
     **Plaintiff**

   **-against-**

 **Armstrong World Industries, Inc.,**
 **Armstrong Cork Company, Inc.**

     **Defendants,**
-----------------------------------------------------------------X
### DEFENDANTS' MOTION TO COMPEL

   Defendants, Armstrong World Industries, Inc. and Armstrong Cork Company, Inc.(hereinafter "Defendants") by and through its attorneys, Wilbraham, Lawler & Buba, hereby respectfully move for an order compelling Plaintiff to provide Rule 26 Disclosures and to comply with the Court Order of November 27, 2007:

   1.  This matter was transferred to the United States District Court, Southern District of New York on or about November 13, 2007.

   2.  On December 17, 2007, Robert Lawler, counsel for defendant spoke with Norman Colon, counsel for plaintiff.  Mr. Colon indicated that he would serve discovery materials to defense counsel (See Correspondence, dated January 8, 2008, attached hereto as Exhibit "A").

   3.  Counsel for Plaintiff has never served discovery materials as required by F.R.C.P. 26 (See Exhibit "A").

   4.  On January 8, 2008, Counsel for Plaintiff forwarded to Defendant an Order signed by the Honorable Louis L. Stanton, U.S.D.J. scheduling a conference on February 15, 2008.  This Order also required all parties to jointly prepare a proposed

scheduling order (See Correspondence, dated January 8, 2008, attached hereto as Exhibit "B").

5.      By correspondence dated January 8, 2008, Defendant requested that Plaintiff contact them to schedule a conference to prepare the joint proposed scheduling order (See Exhibit "A").

6.      Defendant again requested that Plaintiff contact counsel to schedule the conference to prepare the joint proposed scheduling order and to provide the Rule 26 disclosures (See Correspondence, dated January 28, 2008, attached hereto as Exhibit "C").

7.      Defendant renewed this request via correspondence dated February 5, 2008 (See Correspondence dated February 5, 2008, attached hereto as Exhibit "D").

8.      To date, Plaintiff has not responded to any of these requests and has not contacted Defense Counsel to arrange a conference to prepare a joint proposed scheduling order as required by the Court's Order of November 27, 2007.

**WHEREFORE,** Defendants, Armstrong World Industries, Inc. and Armstrong Cork Company, Inc., respectfully request that the Court enter an order compelling Plaintiff to serve disclosures pursuant to F.R.C.P. 26 and to contact defense counsel to prepare the joint proposed scheduling order.

Wilbraham Lawler & Buba

By:_____
John S. Howarth, Esquire

## CERTIFICATION OF SERVICE

I, John S. Howarth, counsel for the defendants Armstrong World Industries, Inc. and Armstrong Cork Company, Inc. do hereby certify that a true and correct copy of the defendants' Motion to Compel was duly filed electronically with the court by use of the PACER System of the United States District Court for the Southern District of New York and that a true and correct copy of the same was also served upon counsel for the plaintiff by first class mail, postage pre-paid at the address below:

Norman R. Colon, Esquire
209-45 26th Street-Suite 1B
Bay Terrace, NY 11360

John S. Howarth

Dated:  February 7, 2008

## **VERIFICATION**

John S. Howarth, Esquire, states that he is the attorney for Defendants in the above matter; that he is acquainted with the facts set forth in the foregoing Motion to Compel  and that the same are true and correct to the best of his knowledge, belief and information; and that this statement is made subject to penalties relating to unsworn falsification to authorities.

_____
John S. Howarth, Esquire
Attorneys for Defendants

Date:   February 7, 2008

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**Phil Brodsky**

                      **Plaintiff**

        **No.  07 CV 10286**

      -against-

 **Armstrong World Industries, Inc.,**
**Armstrong Cork Company, Inc.**

              **Defendants,**

-----------------------------------------------------------------X

## <u>ORDER</u>

      AND NOW, on this _____ day of _____, 2008, upon consideration

of Defendants' motion to compel and responses thereto, if any, it is hereby ordered,

adjudged and decreed that defendant's motion is granted.  Plaintiff is compelled to

produce Rule 26 Disclosures with ten (10) days of the date of this order and is further

ordered to contact Defense Counsel with five (5) days of the date of this order.


                                            _____

                                                     J.

Exhibit
A



**PHILADELPHIA OFFICE**
1818 MARKET ST. SUITE 3100
PHILADELPHIA, PA 19103-3631
TEL: 215.564.4141
FAX: 215.564.4385

**PITTSBURGH OFFICE**
603 STANWIX STREET
TWO GATEWAY CENTER, 17 N.
PITTSBURGH, PA 15222
TEL: 412.255.0500
FAX: 412.255.0505

Direct Dial – 215-972-2856

**NEW JERSEY OFFICE**
24 KINGS HIGHWAY WEST
HADDONFIELD, NJ 08033-2122
TEL: 856.795.4422
FAX: 856.795.4699

**NEW YORK OFFICE**
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005
TEL: 212.943.9245
FAX: 212.943.9246

**DELAWARE OFFICE**
901 NORTH MARKET STREET
SUITES 810
WILMINGTON, DE 19801
TEL: 302.421.9935
FAX: 302.421.9955

A Professional Corporation
E mail: Estolarski@wlbdeflaw.com
Website: www.wlbdeflaw.com

January 8, 2008

Norman R. Colon, Esquire
209-45 26th Avenue-Suite 1B
Bay Terrace, NY 11360

    Re:  Brodsky v. Armstrong World Ind. Inc., et al
       U.S. District Court No. 07CV10286
       Our File No. 41-19

Dear Mr. Colon:

    Please be advised that under Rule 26 (f) of the Federal Rules of Civil Procedure, the defendant Armstrong World Industries respectfully request that you contact me in order for us to schedule a mutually convenient date for our conference and for plaintiff to provide the required disclosures under Rule 26.

    I will await your call.

                Very truly yours,

                Wilbraham Lawler & Buba

                By:_____
                    Robert B. Lawler

RBL/pal

bcc:  Robert Sandkuhler, Esquire



**PHILADELPHIA OFFICE**
1818 MARKET ST. SUITE 3100
PHILADELPHIA, PA 19103-3631
TEL: 215.564.4141
FAX: 215.564.4385

**PITTSBURGH OFFICE**
603 STANWIX STREET
TWO GATEWAY CENTER, 17 N.
PITTSBURGH, PA 15222
TEL: 412.255.0500
FAX: 412.255.0505

Direct Dial – 215-972-2856

A Professional Corporation
E mail: Estolarski@wlbdeflaw.com
Website: www.wlbdeflaw.com

**NEW JERSEY OFFICE**
24 KINGS HIGHWAY WEST
HADDONFIELD, NJ 08033-2122
TEL: 856.795.4422
FAX: 856.795.4699

**NEW YORK OFFICE**
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005
TEL: 212.943.9245
FAX: 212.943.9246

**DELAWARE OFFICE**
901 NORTH MARKET STREET
SUITES 810
WILMINGTON, DE 19801
TEL: 302.421.9935
FAX: 302.421.9955

January 8, 2008

Norman R. Colon, Esquire
209-45 26th Avenue-Suite 1B
Bay Terrace, NY 11360

Re:  Brodsky v. Armstrong World Ind. Inc., et al
     U.S. District Court No. 07CV10286
     Our File No. 41-19

Dear Mr. Colon:

On December 17, 2007 you and I spoke again about trying to "work together" in the above matter. On that date you apologized for having not sent various materials describing the case, despite your earlier promises to do so. You stated that you would forward the materials on Christmas Eve or on Christmas Day. You said you had no real excuse for not having done it earlier but you would be sure to do it this time.

Unfortunately you did not send the materials, and I am still looking for them. You understand that we are not talking about major discovery materials here but simply some material including an expert report which would substantiate that a real case exists. May I ask you to call me and tell me when you can send the materials which you have repeatedly promise to send, but have not done so.

Very truly yours,

Wilbraham Lawler & Buba

By: _____
        Robert B. Lawler

RBL/pal

bcc:  Robert Sandkuhler, Esquire

Exhibit
B

# NORMAN R. COLON, ESQ.

### 209-45 26th Avenue
### Bay Terrace, New York 11360

_RBL_
_9/30/13_

---

**Telephone: (718) 279-6086**
**Telecopier: (718) 279-6082**
**E-mail: nrcesq@cs.com**

January 8, 2008

**VIA FIRST CLASS MAIL**
BOB LAWLER, ESQ.
1818 MARKET STREET, SUITE 3100
PHILADELPHIA, PA 19103-3631

Re: Brodsky v. Armstrong, et als.
07 Civ. 10286 (LLS)

Dear Sir:

    See attached Order pursuant to directions of the Hon.
Justice Stanton.

    Thank you.

                                    Yours truly,

                                    Norman R. Colon, Esq.

enc(s)

cc.: Chambers of The Hon. Justice Louis L. Stanton (USDJ)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

📄 **COPY**

- - - - - - - - - - - - - - - - - - - - - -X

PHIL BRODSKY

   Plaintiffs,

              v.

ARMSTRONG WORLD INDUSTRIES, INC., ET
AL.

   Defendants

- - - - - - - - - - - - - - - - - - - - -X

ORDER FOR CONFERENCE
PURSUANT TO RULE 16(b)

07 Civ. 10286 (LLS)

     This action is scheduled for a conference in accordance
with Fed. R. Civ. P. 16(b) on __Friday, February 15th__, 2008 at
____12:30 p.m.____ in Room ____21C____. The parties must be
prepared to discuss, at the conference, the subjects set forth in
subdivisions (b) and (c) of Rule 16.

     At least a day before the time of the conference, the
parties are jointly to prepare and sign, and at the conference they
are to submit to me a proposed Scheduling Order, previously signed
by counsel and pro se litigants, containing the following:

    (1)   the date of the conference and the appearances
         for the parties;

    (2)   a concise statement of the issues as they then
         appear;

    (3)   a schedule including:

        (a)   the names of persons to be deposed and a
            schedule of planned depositions;

        (b)   a schedule for the production of documents;

    (c)    dates by which (i) each expert's reports' will be supplied to the adversary side, and (ii) each expert's deposition will be completed;

    (d)    time when discovery is to be completed;

    (e)    the date by which plaintiff will supply his pre-trial order materials to defendant;

    (f)    the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

    (g)    a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

(4)    a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(5)    a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6)    anticipated fields of expert testimony, if any;

(7)    anticipated length of trial and whether to court or jury;

(8)    a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires;

(9)    names, address, phone numbers and signatures of counsel; and

---

'The experts' reports are to set forth not merely the expert's qualifications and conclusions, but also the facts on which the expert relies and the process of reasoning by which the expert's conclusions are reached.

(10)  provision for approval of the court and signature line for the court.

If the action is for personal injuries, plaintiff is directed to make a monetary settlement demand and defendant is directed to respond to such demand prior to the conference.

Plaintiff is directed forthwith to notify defendant(s) of the contents of this order, and send a copy of the notification to my chambers.

Dated:    November 27, 2007
          New York, New York

_____
LOUIS L. STANTON
U. S. D. J.

3

Exhibit
C



**PHILADELPHIA OFFICE**
1818 MARKET ST. SUITE 3100
PHILADELPHIA, PA 19103-3631
TEL: 215.564.4141
FAX: 215.564.4385

**PITTSBURGH OFFICE**
603 STANWIX STREET
TWO GATEWAY CENTER, 17 N.
PITTSBURGH, PA 15222
TEL: 412.255.0500
FAX: 412.255.0505

Direct Dial: (215) 972-2893

**NEW JERSEY OFFICE**
24 KINGS HIGHWAY WEST
HADDONFIELD, NJ 08033-2122
TEL: 856.795.4422
FAX: 856.795.4699

**NEW YORK OFFICE**
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005
TEL: 212.943.9245
FAX: 212.943.9246

**DELAWARE OFFICE**
901 MARKET STREET, SUITE 800
WILMINGTON, DE 19801-3090
TEL: 302.421.9938
FAX: 302.421.9955

A Professional Corporation
pbradley@wlbdeflaw.com

January 28, 2008

Norman R. Colon, Esq.
209-45 26th Avenue
Bay Terrace, NY 11360

    **Re:**  **Brodsky v. Armstrong World Ind.**
        **USDC No. 07-CV-10286**
        **Our File No. 41-19**

Dear Mr. Colon:

  Please allow this correspondence to renew the request to contact our firm to schedule a mutually convenient date for the conference pursuant to the order of the Honorable Louis Stanton dated November 27, 2007. You can contact either myself or Bob Lawler. You had forwarded the order to Bob Lawler with your correspondence of 1/8/08. As you know, the conference is currently scheduled for 2/15/08.

  In addition, this renews the request for you to provide the required disclosures under Rule 26. In addition to his verbal requests, this request was made by Bob Lawler in writing to you on January 8, 2008. To date, we have received no response. As such, if no response is received by Wednesday, January 30, 2008, we will file a motion to compel said disclosures.

  We also request the discovery materials you promised to Bob Lawler in your December 17, 2007 telephone discussion, including, but not limited to, any expert report and diagnosing medical report, as well as the address of the plaintiff.

  Thank you for your anticipated cooperation.

Respectfully,

**WILBRAHAM, LAWLER & BUBA**

John S. Howarth, Esquire

JSH/jpb

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ 92 |
| Certified Fee | 265 |
| Return Receipt Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 577 |

Postmark Here

E.59

Sent To  Norman R Colon
Street, Apt. No.; or PO Box No. 209-15 26ᵗʰ Avenue
City, State, ZIP+4  Bay Terrace, NY 11360

PS Form 3800, January 2001          See Reverse for Instructions

7001 1140 0002 3128 2512

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO              4702
DESTINATION TEL #     419999900001917182796082
DESTINATION ID
ST. TIME             01/28 15:00
TIME USE             01'01
PAGES SENT            3
RESULT               OK
```

☒ **PHILADELPHIA OFFICE**
1818 MARKET ST. SUITE 3100
PHILADELPHIA, PA 19103-3631
TEL: 215.564.4141
FAX: 215.564.4385

☐ **PITTSBURGH OFFICE**
603 STANWIX STREET
TWO GATEWAY CENTER, 17 N.
PITTSBURGH, PA 15222
TEL: 412.255.0500
FAX: 412.255.0505



**WILBRAHAM
LAWLER &
BUBA**

A Professional Corporation

Website: www.wlbdeflaw.com

**NEW JERSEY OFFICE** ☐
24 KINGS HIGHWAY WEST
HADDONFIELD, NJ 08033-2122
TEL: 856.795.4422
FAX: 856.795.4699

**NEW YORK OFFICE** ☐
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005
TEL: 212.943.9245
FAX: 212.943.9246

**DELAWARE OFFICE** ☐
901 NORTH MARKET STREET
SUITES 810
WILMINGTON, DE 19808-1251
TEL: 302.421.9922
FAX: 302.421.9955

## _PLEASE DELIVER PROMPTLY TO_ :

**NAME:** Norman R. Colon, Esq.

**COMPANY:**

**FAX NUMBER:** 718-279-6082

**CLIENT/MATTER NO:** 41-19

**FROM:** John Howarm, Esq.

**DATE:** 1/28/08

**MESSAGE:**

Total number of pages including this cover sheet:  3

**IF YOU DO NOT RECEIVE ALL OF THE PAGES
PLEASE CALL US AS SOON AS POSSIBLE AT (215) 564-4141**

## John Howarth

| | |
|---|---|
| **From:** | John Howarth |
| **Sent:** | Monday, January 28, 2008 11:31 AM |
| **To:** | 'nrcesq@cs.com' |
| **Cc:** | Pat Bradley |
| **Subject:** | Brodsky v. Armstrong World Ind. |

Brodsky v. Armstrong World Ind.
USDC Nom 07CV10286
Our File No. 41-19

Dear Mr. Colon:
Please allow this correspondence to renew the request to contact our firm to schedule a mutually convenient date for the conference pursuant to the order of the Honorable Louis Stanton dated November 27, 2007.  You can contact either myself or Bob Lawler.
You had forwarded the order to Bob Lawler with your correspondence of 1/8/08.  As you know, the conference is currently scheduled for 2/15/08.

In addition, this renews the request for you to provide the required disclosures under Rule 26. In addition to his verbal requests, this request was made by Bob Lawler in writing to you on January 8, 2008. To date, we have received no response. As such, if no response is received by Wednesday, January 30, 2008, we will file a motion to compel said disclosures.

We also request the discovery materials you promised to Bob Lawler in your December 17, 2007 telephone discussion, including, but not limited to, any expert report and diagnosing medical report, as well as the address of the plaintiff.
Thank you for your anticipated cooperation.

John S. Howarth, Esquire

Wilbraham, Lawler & Buba
1818 Market St., Suite 3100
Philadelphia, PA 19103
215-972-2848

www.wlbdeflaw.com
-------------------------
Sent using BlackBerry

Exhibit
D

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO              4724
DESTINATION TEL #     41000410001991718279 8082
DESTINATION ID
ST. TIME             02/07 11:35
TIME USE             01'42
PAGES SENT              4
RESULT               OK
```



**PHILADELPHIA OFFICE**
1818 MARKET ST. SUITE 3100
PHILADELPHIA, PA 19103-3631
TEL: 215.564.4141
FAX: 215.564.4385

**PITTSBURGH OFFICE**
603 STANWIX STREET
TWO GATEWAY CENTER, 17 N.
PITTSBURGH, PA 15222
TEL: 412.255.0500
FAX: 412.255.0505

Direct Dial: (215) 972-2832

# WILBRAHAM LAWLER & BUBA

A Professional Corporation
www.wlbdeflaw.com (website)

**NEW JERSEY OFFICE**
24 KINGS HIGHWAY WEST
HADDONFIELD, NJ 08033-2122
TEL: 856.795.4422
FAX: 856.795.4699

**NEW YORK OFFICE**
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005
TEL: 212.858.7575
FAX: 212.943.9246

**DELAWARE OFFICE**
901 NORTH MARKET STREET
SUITE 810
WILMINGTON, DE 19801
TEL: 302.421.9935
FAX: 302.421.9955

## PLEASE DELIVER PROMPTLY TO:

**NAME:**    **Norman Colon, Esquire**

**FAX:**    **(718) 279-6082**

**FROM:**    **Lindy Grunwald, Legal Assistant**

**Billing:**    **99999-00001**

RE:    **Brodsky Subst. of Counsel**

DATE:    February 7, 2008

Message:    Attached are documents for your review from
John Howarth, Esq.

Total number of pages including this cover sheet: 4

**IF YOU DO NOT RECEIVE ALL OF THE PAGES
PLEASE CALL AS SOON AS POSSIBLE AT**

## John Howarth

| | |
|---|---|
| **From:** | John Howarth |
| **Sent:** | Tuesday, February 05, 2008 4:23 PM |
| **To:** | nrcesq@cs.com |
| **Subject:** | Brodsky v. AWI |
| **Attachments:** | Brodsky Subst. of Counsel.pdf |

Brodsky v. Armstrong World Ind.
USDC Nom 07CV10286
Our File No. 41-19

Dear Mr. Colon:
Attached please find the substitution of counsel that was filed today with the SDNY. In addition, below is a copy of the electronic record of the filing issued by the Court.

As a follow up to my email and fax sent to you on 1/28/08, please allow this email to serve as another request for you to contact me to arrange the conference as directed by Judge Stanton in his order of 11/27/07. You forwarded said order to Mr. Lawler of my office with your letter of 1/8/08. I would suggest we meet at my offices located at 140 Broadway, NY, NY at a mutually convenient time. I request you contact me immediately as the conference before Judge Stanton is scheduled for 2/15/08.

Also, I would again request the basic discovery materials you promised to produce to Mr. Lawler during your discussion on 12/17/07 and addressed in his prior correspondence to you. Thank you.
John Howarth

The following transaction was entered by Howarth, John on 2/5/2008 at 4:03 PM EST and filed on 2/5/2008

| | |
|---|---|
| **Case Name:** | Brodsky v. Armstrong World Industries, Inc. et al |
| **Case Number:** | 1:07-cv-10286 |
| **Filer:** | Armstrong World Industries, Inc. |
| | Armstrong Cork Company, Inc. |

**Document Number:** 5

**Docket Text:**
**NOTICE of Substitution of Attorney. Old Attorney: Edward J. Stolarski, New Attorney: John S. Howarth, Address: Wilbraham, Lawler & Buba, 1818 Market St., Suite 3100, Philadelphia, PA, USA 19103, 215-972-2848. Document filed by Armstrong World Industries, Inc., Armstrong Cork Company, Inc.. (Howarth, John)**

**1:07-cv-10286 Notice has been electronically mailed to:**

Edward Joseph Stolarski , Jr    estolarski@wlbdeflaw.com

**1:07-cv-10286 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

2/5/2008

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/5/2008] [FileNumber=4244521-0]
[320a2ffe1af5f22cc9b08d083b80436db233f3b246fd5d878d81592b9ee24754a33f
1e66105644107a9bdb7688090368644e9fa9f2d6b9f0369545611969c065]]


John S. Howarth, Esquire
Wilbraham, Lawler & Buba
215-972-2848
www.wlbdeflaw.com

NOTICE: This e-mail message and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to this message and please delete it from your computer.

2/5/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Phil Brodsky

                                               No.  07 CV 10286

                Plaintiff

        -against-

 Armstrong World Industries, Inc.,
Armstrong Cork Company, Inc.

             Defendants,
-----------------------------------------------------------------X

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Defendants Armstrong World

Industries, Inc. and Armstrong Cork Company, Inc. in the above referenced matter.

                                       Edward J. Stolarski, Jr., Esquire

## ENTRY OF APPEARANCE

Kindly enter my appearance as counsel on behalf of Defendants Armstrong World

Industries and Armstrong Cork Company, Inc. in the above captioned matter.

                                       John S. Howarth, Esquire

DATE: 2/1/08